# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1985
_____

J.C., Father of J.K.C., J.J.E.C.,
J.A.C., and J.I.C., Minor
Children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Mary Polson, Judge.

September 5, 2019

PER CURIAM.

     AFFIRMED.

WOLF, ROBERTS, and ROWE, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Ryan Thomas Truskoski of Ryan Thomas Truskoski, P.A., Orlando, for Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Department of Children and Families, Tallahassee, for Appellee.